# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| DENNIS WALLER | : | |
| WANDA KELLY-WALLER | : | USCA NO.: 12-1954 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | United States District for the |
| | : | District of New Jersey No.: 10-6342 |
| FOULKE MANAGEMENT GROUP, d/b/a | : | |
| CHERRY HILL DODGE and CHERRY | : | |
| HILL TRIPLEX; and CHRYSLER | : | |
| FINANCIAL | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.A.P. 42(b)

AND NOW this 5th day of July, 2012, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that the within matter is dismissed pursuant to F.R.A.P. 42(B), with prejudice, and without costs against any party.

/s/ Matthew B. Weisberg  
Matthew B. Weisberg, Esquire  
Attorney for Appellant

/s/ Laura Ruccolo  
Laura Ruccolo, Esquire  
Attorney for Foulke Management Group

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| DENNIS WALLER | : | |
| WANDA KELLY-WALLER | : | USCA NO.: 12-1954 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | United States District for the |
| | : | District of New Jersey No.: 10-6342 |
| FOULKE MANAGEMENT GROUP, d/b/a | : | |
| CHERRY HILL DODGE and CHERRY | : | |
| HILL TRIPLEX; and CHRYSLER | : | |
| FINANCIAL | : | |
| | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 5th day of July, 2012, a true and correct copy of the foregoing Stipulation of Dismissal Pursuant to F.R.A.P. 42(b) was served via ECF upon the following parties:

Laura D. Ruccolo, Esq.
Capehart & Scatchard, PA
8000 Midlantic Drive
Suite 300
Mt. Laurel, NJ 08054

                                                                  **WEISBERG LAW, P.C.**

                                                                  /s/ Matthew B. Weisberg
                                                                   MATTHEW B. WEISBERG
                                                                   Attorney for Plaintiffs